**Donald L. ACEVEDO, Plaintiff, Appellant,**

**v.**

**Patrick R. DONAHOE, Postmaster General; United States Postal Service, Defendants, Appellees.**

**No. 11–1633.**

United States Court of Appeals, First Circuit.

Jan. 19, 2012.

Elaine Rodriguez–Frank, for appellant.

Rosa Emilia Rodríguez–Vélez, United States Attorney, Michael J. Elston, Chief Counsel, United States Postal Service, and Alice L.A. Covington, Appellate Counsel, United States Postal Service for appellees.

Before LYNCH, Chief Judge, SOUTER, Associate Justice,* and STAHL, Circuit Judge.

PER CURIAM.

For the reasons set forth in the district court's opinion and order, *Acevedo v. Potter,* No. 08–cv–01468, 2011 WL 7092592 (D.P.R. Mar. 23, 2011), we summarily affirm. *See* 1st Cir. R. 27.0(c).

* The Hon. David H. Souter, Associate Justice (Ret.) of the Supreme Court of the United States, sitting by designation.